## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on January 10, 2025**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL NO.** |
| v. | : **VIOLATIONS:** |
| | : 18 U.S.C. § 112(a) |
| **EVERETT WHITE,** | : (Assault of a Foreign Official, Official Guest, and Internationally Protected Person) |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 16, 2025, in the District of Columbia, the defendant, **EVERETT WHITE**, did knowingly and intentionally assault, strike, wound, offer violence, and make a violent attack upon the person of S.T., a foreign official, official guest, and internationally protected person, and inflicted bodily injury on S.T., to wit, breaking S.T.'s right orbital bone.

(**Assault of a Foreign Official, Official Guest, and Internationally Protected Person**, in violation of Title 18, United States Code, Section 112(a))

Jeanine Ferris Pirro
United States Attorney

A TRUE BILL:

By: _____
Gauri Gopal
Chief, Federal Major Crimes

FOREPERSON.